IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:10cv43

| | |
|---|---|
| EXPRESS MARINE, INC. AND THE NORTHERN ASSURANCE COMPANY OF AMERICA, INC. AS SUBROGATED INSURER OF EXPRESS MARINE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MITEK INDUSTRIES, INC., SEVERSTAL SPARROWS POINT, LLC, AND SUPERIOR CRANES, CO.,<br><br>Defendants. | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADINGS (MEOT)** |

NOW COMES the Defendant, MiTek Industries Inc., and shows to the Court that the time for filing Answer or other responsive pleadings has not expired and moves the Court pursuant to Rule 6(b) of the Federal Rules of the Civil Procedure to extend the time therefore twenty (20) days for the following reasons: Counsel for the Defendant has had insufficient time to assemble the information necessary to answer or otherwise respond to the Complaint of the Plaintiffs, the Defendant having been served with the Complaint on or about August 19, 2010. Plaintiff's counsel consents to the extension of time.

This the 8th day of September, 2010.

/s/ MARY M. WEBB
Bar No: 19166
E. LANG HUNTER
Bar No: 37679
Attorney for MiTek Industries Inc.
mary.webb@mgclaw.com

OF COUNSEL:
MCANGUS, GOUDELOCK & COURIE, P.L.L.C.
Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200

# CERTIFICATE OF SERVICE

I hereby certify that on 9/8/2010 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Justin K. Humphries
    State Bar No.: 36833
    justinh@cmclawfirm.com
    Andrew J. Hanley
    State Bar No.: 23738
    andrewh@cmclawfirm.com
    1430 Commonwealth Drive, Suite 202
    Wilmington, North Carolina 28403

    s/ MARY M. WEBB
    Bar No: 19166
    E. LANG HUNTER
    Bar No: 37679
    Attorneys for MiTek Industries Inc.
    McAngus Goudelock & Courie
    Post Office Box 30516
    Raleigh, North Carolina 27622
    Phone: (919) 719-8200
    Fax: (919) 510-9825
    mary.webb@mgclaw.com