IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:10cv43-FL

EXPRESS MARINE, INC. AND THE
NORTHERN ASSURANCE COMPANY
OF AMERICA, INC. AS SUBROGATED
INSURER OF EXPRESS MARINE, INC.,

Plaintiff,

vs.

MITEK INDUSTRIES, INC.,
SEVERSTAL SPARROWS POINT, LLC,
AND SUPERIOR CRANES, CO.,

Defendants.

**ORDER**

THIS CAUSE being heard by the undersigned clerk on motion of the Defendant, MiTek Industries Inc., for an Order extending the time in which to file Answer or other responsive pleadings pursuant to Rule 6 of the Federal Rules of Civil Procedure; and it appearing to the Court that the time allowed has not expired and that the motion should be allowed;

IT IS THEREFORE ORDERED that the time for filing Answer or other responsive pleadings be extended to and including the 28th day of September, 2010.

This the 8th day of September, 2010.

_____
DENNIS P. IAVARONE, CLERK

3